AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
FIDEL DIAZ RIVERA

Case No. 1:25-MJ-00063

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* FIDEL DIAZ RIVERA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Reentry of removed alien, in violation of 8 U.S.C. Section 1326(a).

Date: Jan 29, 2025

Issued by reliable electronic means.

*Stephanie K. Bowman*
Issuing officer's signature

City and state: Cincinnati, Ohio

Stephanie K. Bowman, United States Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 1/29/2025, and the person was arrested on *(date)* 1/29/2025
at *(city and state)* Cincinnati, OH

Date: 1/30/2025

CHANDLER K KELLY
Digitally signed by CHANDLER K KELLY
Date: 2025.01.30 15:27:55 -05'00'
Arresting officer's signature

Chandler Kelly, HSI Special Agent
Printed name and title

FILED
RICHARD W. NAGEL
CLERK OF COURT
FEB 19 2025 8:02 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI